FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Eliott Leon Williamson

(Enter above full name of plaintiff or plaintiffs)

**CV209-136**

v.

Sheriff Tommy Gregory
Captain Hamilton, Lt. Josh Baker
Dr. Charles Harden SGt. Watson
EMT Grant Porter

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ___ No X

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: N/A

   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

   N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes ____ No _X_

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes ____ No _X_

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: _____

2. Court (name the district): N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

   N/A

6. Approximate date of filing lawsuit: N/A

2

7. Approximate date of disposition: __N/A__

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No _X_

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No _X_

1. If your answer to C is yes, name the court and docket number for each case:

__N/A__

II. Place of present confinement: __Camden County Jail__

A. Is there a prisoner grievance procedure in this institution? Yes _X_ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes _X_ No ____

C. If your answer to B is yes:

1. What steps did you take? __Filed Proper Grievance against concerned parties to this matter__

2. What was the result? __All to No Avail__

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ✓  No ___

If yes, what was the result? __No Response__

D. If you did not utilize the prison grievance procedure, explain why not: __N/A__

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: __Eliott Leon Williamson__
   Address: __PO Box 520__
   __Woodbine, GA 31569__

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: __Tommy Gregory__
   Position: __Sheriff__
   Place of employment: __Camden County Jail__
   Current address: __PO Box 520__
   __Woodbine, GA 31569__

C. Additional defendants: __Captain Hamilton, Lt. Josh Baker, SGT Watson, Dr. Charles Harden, EMT Grant Porter__
   __Camden County Jail__
   __PO Box 520__
   __Woodbine, GA 31569__

4

V.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*Written on Additional Paper*

*Eliott Jean Williamson, E.J.W.*

Aug 20, 2009 p1

I Eliott L Williamson inmate # 9xxxx15 was subjected to breathing in Feces and Toxic bacteria as well as raw sewage backing up in our shower. I also was exposed to Madoc Plumbing Acid poured into the drain by inmates on July 19th 2009. I went 72 hours without ventilation. I'm located in cell E-4 directly beside the shower.

July 20, 2009: I wake up with chest pains and headaches. I was also unable to eat due to the smell of the sewage, feces, and muric plumbing acid. From the 19th to the 20th of July we were unable to shower for two days and the cell floor was still had not been washed.

A sick call request was submitted during this week as well which I was not seen for this week. I complained to EMT Grant Porter and Dr. Charles Harden too on two separate dates on August 3 and Dr. Harden...

p2

Aug. 20, 2009

Still complaining of Chest pains on August 2009 Dr. Charles Harden ordered X-rays of my chest and stated I may have pneumonia or a chest infection.

Finally after 27 days I got medicine for my chest he prescribed Chlenophreming for Decongestion and said will follow up in 2 weeks I still have not seen the X-ray results

Witness To Events:
April Bullock          (Brought First To the Dorm) 7-20-9
SGT Hope Roberts       (Brought myself to the Dorm) 7-20-9
CPT Hamilton           (was told after coming in Dorm) 7-20-9
SGT Watson             (SGT over Supervisor) 7-22-9
CPl A. Woods           (witnessed Rain Swing) 7-20-9
CO. Howton             (Witnessed Events) 7-21-9
SGT Wadsworth          (told him know about events) 7-22-9

The Following Names are and [illegible]
[illegible] are [illegible]

P 3

The Following Names                                    Aug 20, 2009

(Sheriff) Tommy Gregory
(Captain) Hamilton
(Lt) Josh Baker
(DR) Charles Harden
(EMT) Grant Porter
(SGT) Watson

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a monitary value of $1.5 million dollars.

Also I would like the court to see to it that the overall conditions of the jail be changed and rebuilt.

Everyday we bathe in mold and infested showers covered in rust and filth. We are humans not savages and should be treated as such.

Finally I would like to see the jail ran by officals who believe in equality, cleanliness, and adequate medical treatment for all Inmates also the implementation of routine sanitary inspections for this jail done regularly.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of August, 2009

Prisoner No. 2009000615

Eliott Williamson
(Signature of Plaintiff)

6

Eliott Williamson
Po Box 520
[illegible], GA 31569



Office of the Clerk
United States District Court
Southern Dist. of Georgia
Brunswick, GA 31521