IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ELIOTT LEON WILLIAMSON,

    Plaintiff,

v.

TOMMY GREGORY, Sheriff;
Captain HAMILTON; Lt. JOSH BAKER;
Sgt. WATSON; Dr. CHARLES HARDEN;
and GRANT PORTER, EMT,

    Defendants.

CIVIL ACTION NO.: CV209-136

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Harden and Porter are DISMISSED.

SO ORDERED, this 3 day of November, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)